UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANIE OGLESBY, | : |
| | : |
| Plaintiff,: | Civil Action No. 3:18-cv-16079-FLW-DEA |
| | Honorable Freda L. Wolfson |
| v. | Honorable Douglas E. Arpert |
| | : |
| JOHNSON & JOHNSON and ETHICON, INC.,: | **CASE MANAGEMENT ORDER NO. 4** |
| | **[PLAINTIFF PROFILE FORM]** |
| Defendants.: | |

This matter having been opened to The Court by the parties; and the parties having indicated they have no objection to the form and entry of the within Order; and good cause appearing;

**IT IS** on this 12th day of *March*, 2020,

**ORDERED:**

This Order applies to all of the cases consolidated pursuant to the Court's Order of Consolidation for Discovery Purposes Only [Document 28, Filed 2/19/20], and any cases subsequently consolidated for the purposes of discovery only by Order of this Court. In cases subsequently filed and made part of the consolidated discovery process, it shall be the responsibility of the parties to review and abide by all previously-entered pretrial Orders. The Orders may be accessed through the Court's Electronic Filing System.

The Plaintiff Profile Form and authorizations attached hereto as Exhibit A are hereby adopted for use in this litigation.

       a.    For any case pending in this Court at the time of entry of this Order ("Group 1 Cases"), Plaintiffs shall serve completed Plaintiff Profile Forms, executed authorizations, and responsive materials by April 15, 2020. For any cases that may be filed, removed or transferred after the date of this Order, the Plaintiff Profile Form,

executed authorizations, and responsive materials shall be served within sixty (60) days of the filing of the Defendants' Answer.

      b.     Pursuant to the agreement of the parties, all Plaintiff Profile Forms and corresponding authorizations, along with any responsive documentation, shall be completed, signed where applicable, and served electronically to NJDCHERNIAMESH@butlersnow.com and DNJEthiconMesh@lockslaw.com.

      c.     Every Plaintiff is required to provide Defendants with a Plaintiff Profile Form that is substantially complete in all respects to the best of the Plaintiff's knowledge, answering every question in the Plaintiff Profile Form, even if a Plaintiff can answer the questions in good faith only by indicating "not applicable." If a Plaintiff is suing in a representative or derivative capacity, the Plaintiff Profile Form shall be completed by the person with the legal authority to represent the estate or person under legal disability.

      d.     The Plaintiff Profile Form shall be completed without objections as to the question posed in the agreed upon Plaintiff Profile Form. This section does not prohibit a Plaintiff from withholding or redacting information from medical or other records provided with the Plaintiff Profile Form based upon a recognized privilege. If information is withheld or redacted on the basis of privilege, Plaintiff shall provide defendants with a privilege log that complies with the Federal Rules of Civil Procedure simultaneously with the submission of the Plaintiff Profile Form.

      e.     Contemporaneous with submission of the Plaintiff Profile Form, each Plaintiff shall transmit via email, or other FTP upload, copies or electronic files of all medical records in their possession, custody, or control (including any medical records in

their attorney's possession) related to the claims and/or alleged injuries in their case, including, but not limited to, records that support product identification.

      f.     Contemporaneous with submission of the Plaintiff Profile Form, each Plaintiff shall transmit via email, or other FTP upload, signed authorizations, which are attached to the Plaintiff Profile Form.  Plaintiffs who are not making a claim for lost wages, lost earning capacity, and/or lost future earnings do not need to sign or return the authorizations related to IRS records, employment records, or education records.

      g.     The signed authorizations shall be undated and the recipient line shall be left blank.  These blank, signed authorizations constitute permission for a third-party records vendor retained by the parties to obtain the records specified in the authorizations from the records custodians.  In the event an institution, agency, or medical provider to which a signed authorization is presented refuses to provide responsive records, the individual Plaintiff's attorney shall attempt to resolve the issue with the institution, agency, or medical provider such that the necessary records are promptly provided.  Any records that pertain to psychiatric related care, whether by a psychiatrist or psychologist, shall first be available to counsel for the Plaintiff who shall have 10 days to assert a recognized discovery objection and/or privilege and notify both the vendor and counsel for the requesting Defendants, with an appropriate documentation of the discovery objection with specific reference(s) to page(s) and/or portion(s) thereof and/or a privilege log, in accordance with Case Management Order No. 3 (Records Collection).  Absent notification within 10 days of the assertion of such an objection or privilege, the vendor shall then provide the records to the requesting Defendants.  Signing an authorization for release of mental health treatment records shall not constitute waiver of any claim of

discovery objection or privilege or any other legal protection for such records under applicable law.  The provisions of Case Management Order No. 3 (Records Collection) shall apply to such records.  The authorizations provided by Plaintiff become null and void when his or her case is resolved, and any use of the authorizations beyond that date is prohibited.

       h.      The Plaintiff Profile Form will not be interpreted to limit the scope of inquiry at depositions nor will it affect whether evidence is admissible at trial.  The admissibility of information in the Plaintiff Profile Form is governed by the Federal Rules of Evidence, and objections to admissibility are not waived by virtue of the completion and service of a Plaintiff Profile Form.

       i.      Plaintiff is under a continuing obligation to timely supplement or amend Plaintiff Profile Forms and responsive documentation.

       j.      In any case where a deposition of the Plaintiff is scheduled, Plaintiff must submit any supplement and/or amendments, to the extent applicable and to the extent the material is within the Plaintiff's or his/her attorney's possession, at least 21 days before the date of Plaintiff's deposition.  If the Plaintiff's deposition is set to occur in less than 21 days from the time it is scheduled, then Plaintiff shall submit any such supplements and/or amendments as soon as practicable but no less than 5 business days before the date of Plaintiff's deposition.

       k.      Any Plaintiff who undergoes revision surgery or other surgical procedure related to the claims at issue in the case after completing and serving a Plaintiff Profile Form must complete and serve an updated Plaintiff Profile Form (including providing any additional responsive documentation) within 90 days after the date of the surgery or

4

90 days after Plaintiff's counsel becomes aware of such surgery or procedure, whichever is later.

l.       Any Plaintiff who fails to fully comply with the requirements above shall be provided notice of such failure by email and mail from Defendants' Counsel to all counsel of record on the case and shall be provided 14 additional days to cure such deficiency ("Cure Period") to be calculated from the receipt of such notice of deficiency from counsel for the Defendants.  If Defendants' notice of failure is related to a deficiency regarding information provided in the Plaintiff Profile Form, as opposed to Plaintiff's failure to provide a Plaintiff Profile Form whatsoever, Defendants shall state with particularity in Defendants' notice to Plaintiff why Defendants believe the information in the Plaintiff Profile Form is deficient.  Defendants shall also be required to make themselves available by email or phone to meet-and-confer to clarify any alleged information deficiencies.

m.      *Any Request for an extension of time to serve the Plaintiff Profile Form, authorizations and responsive documents and/or any request for an extension of the deficiency cure period should be submitted to Defendants via email to NJDCHERNIAMESH@butlersnow.com.*

n.      *If a Plaintiff fails to cure a deficiency within the Cure Period set forth in section m. above, Defendants may file a Motion to Compel (if Plaintiff has a Profile Form information deficiency) or a Motion to Dismiss (if Plaintiff has failed to provide a Plaintiff Profile Form) or for such other relief as may be appropriate.*

o.      Plaintiff shall thereafter have 14 days to file a Response to the Motion and show good cause why the information is sufficient, the case should not be dismissed,

ME1 32597938v.1

and/or why less drastic sanctions other than dismissal are warranted.  Defendants may file a Reply Brief within 7 days of Plaintiff's Response.  *Any failure by Plaintiff to respond to the Motion within the specified period shall result in dismissal of the case.*

HONORABLE DOUGLAS E. ARPERT, U.S.M.J.

6

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE ETHICON HERNIA MESH LITIGATION (PROCEED® SURGICAL MESH, PROCEED® VENTRAL PATCH HERNIA MESH, PROLENE HERNIA SYSTEM ("PHS") AND PROLENE MESH ) | : : : : : : : : : : | **PLAINTIFF PROFILE FORM** |

In completing this Plaintiff Profile Form, you must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

Caption:_____     Docket No.: _____

**Primary Attorney Contact (name, address, phone, and email):**

_____

## II. PLAINTIFF INFORMATION

**Name of Individual with Hernia Mesh Implant At Issue** _____
❑ Male ❑ Female

**Date of birth:**_____     **Last 4 Digits of Social Security No.:** _____

**Address:**_____

**Occupation:** _____

**Spouse Name:** _____     **Loss of Consortium Claim?** ❑ Yes ❑ No

**Name of Estate Representative if Individual Implanted with Mesh at Issue is**

1

Deceased: _____

**** Please submit the death certificate and letter of administration/representation if the individual implanted with Hernia Mesh At Issue is deceased.

## III. HERNIA MESH
## IMPLANT AND REVISION INFORMATION

### A. Implant Information

For each mesh implanted upon which you base your claims in this litigation, provide the following information: *

Name of Product: _____

Date of Implant: _____

Reason You Believe the Mesh was Implanted: _____

Lot Number: _____

Implanting Surgeon: _____

Medical Facility Name & Last Known Address:

_____

*For each implant upon which you base your claim(s) in this lawsuit, submit the implant operative report and any medical evidence of product identification (product ID sticker).*

### B. Explant/Revision Information

For each explant/revision of an implanted mesh upon which you base your claim(s) in this litigation, provide the following information:**

Date of Surgery: _____

Description of Surgery: _____

Explanting/Revision Surgeon:

_____

Medical Facility Name & Last Known Address:

_____

Date of Surgery: _____

Description of Surgery: _____

Explanting/Revision surgeon:

_____

Medical Facility Name & Last Known Address:

_____

**\*\*For each removal/revision of a mesh upon which you base your claims in this litigation, submit the operative report, any pathology report, and any medical evidence identifying the product removed/revised.**

\*\*\*Attach additional pages as needed to identify other responsive implant or removal/revision procedures.

## IV.  OUTCOME ATTRIBUTED TO DEVICE

A.    Describe in detail the injuries, including any emotional or psychological injuries, that you claim resulted from the implantation of Hernia Mesh At Issue in this litigation:


B.    Please list all doctors or other healthcare providers you have seen for treatment of any of the alleged injuries listed above.

| Provider Name, Address, and Specialty | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

***Attach additional pages as needed to describe injuries or identify other responsive health care providers.

C. Other than the Hernia Mesh At Issue that is the subject of this lawsuit, have you ever been implanted with any other hernia mesh products?
**[ ] Yes [ ] No**

**If Yes,** please provide the following information:

1. Product Name(s) and Lot Numbers:

2. Date of implantation procedure(s) and name and address of implanting doctor(s) and implant procedure facility(ies):

**** Please submit all implant report(s) and product Identification Documentation for any implants listed in C. above.

D. Have you filed a lawsuit related to any of the hernia mesh products listed in Section C?
❑Yes ❑No ❑N/A

If Yes,
1. Identify lawsuit(s) asserted, the court, docket number, the date the lawsuit was filed: _____

2. Describe in detail the injuries, including any emotional or psychological injuries, alleged in the lawsuit(s) that you claim resulted from the implantation of the mesh:

E. Have any other products listed in Sections C. or D. above been revised or removed?
**[ ] Yes [ ] No [ ]N/A**

a. If yes, identify when revised/removed and your understanding as to the reason for the revision/removal:***

\*\*\* Please submit all operative report(s) and pathology records, if any, showing the removal or revision.

3. To the extent not already listed in Section B. above, please list all doctors or other healthcare providers you have seen for treatment of any of the alleged injuries subject to claims in this lawsuit:

| Provider Name, Address, and Specialty | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ME1 32597938v.1

## AUTHORIZATIONS AND MEDICAL RECORDS TO BE PRODUCED

Submit ONE (1) SIGNED ORIGINAL copy of each of the records authorization forms attached as Ex. A. These authorization forms will authorize the records vendor selected by the parties to obtain those records identified in the authorizations from the providers identified within this Plaintiff Profile Form.

Submit a copy of any medical records in your possession, custody, or control (including any medical records in your attorney's possession) related to the claims and/or alleged injuries in this case.

Signed this _____ day of _____ 2020

_____
Plaintiff's Counsel of Record
Firm Name
Firm Address
Firm Address 2
Phone
Email

## AUTHORIZATION AND CONSENT
## TO RELEASE RECORDS AND PROTECTED HEALTH INFORMATION
### (Excluding psychotherapy notes)

Name of Individual:
Social Security Number:
Date of Birth:

Provider Name:_____

TO:          All physicians, hospitals, clinics and institutions, pharmacists and other healthcare providers

The Veteran's Administration and all Veteran's Administration hospitals, clinics, physicians and employees

The Social Security Administration

The Internal Revenue Service

Open Records, Administrative Specialist, Department of Workers' Claims

All employers or other persons, firms, corporations, schools and other educational institutions

The undersigned individual hereby authorizes each entity included in any of the above categories to disclose and furnish to **Butler Snow, LLP, P. O. Box 6010, Ridgeland, MS 39158; Riker, Danzig, Scherer, Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981, Morristown, New Jersey 07962-1981; McCarter & English, 100 Mulberry Street, Four Gateway Center, Newark, New Jersey 07102; and Litigation Management, Inc., 6000 Parkland Blvd., Mayfield Heights, OH 44124;** and their authorized representatives, true and correct copies of all records, reports, files, documents, correspondence, memoranda and all other information related to the physical and mental health of the undersigned individual, regardless of the form of such information, including, without limitation, all notes of physicians, nurses, psychologists, counselors, dentists and other persons who have provided or who are providing health care to the undersigned individual, all radiology, pathology (including HIV test results, genetic testing information, and alcohol and drug abuse treatment) and other diagnostic test and laboratory results, records and reports, all prescription records, all surgical procedure records and reports, all dental records, all histories and summaries, all forms and other information related to admission of the undersigned to or discharge of the undersigned from a clinic, hospital or other health care facility, all surgical procedure and other consent forms, all bills, invoices, claim forms, records and other payment information, including payment by Medicaid/Medicare and other public assistance programs, insurance companies and by other persons. Notwithstanding the broad scope of the above disclosure request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

1

The undersigned also authorizes the disclosure of all records, reports, files, documents, correspondence, memoranda and all other information related to employment of the undersigned, including attendance reports, performance reports, W-2 and W-4 forms, medical reports and/or any and all other records relating to my past and present employment, and all educational records, including all courses taken, degrees obtained, and attendance records.

Further, to the extent such records currently exist and are in the Provider's possession, employment records, workers' compensation records, disability records, social security records, and insurance records, including Medicare/Medicaid and other public assistance claims applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, or other). This listing is not meant to be exclusive.

The above list of types of records and other information to be disclosed is intended to be illustrative and not exhaustive. This authorization does not authorize ex parte communication concerning same.

- This authorization provides for the disclosure of the above-named patient's protected health information for purposes of the following litigation matter: _____ *v. Johnson & Johnson and Ethicon, Inc.* The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- The undersigned individual is hereby notified and acknowledges that he or she may revoke this authorization by providing written notice either to **Butler Snow, LLP, P. O. Box 6010, Ridgeland, MS 39158; Riker, Danzig, Scherer, Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981, Morristown, New Jersey 07962-1981; McCarter & English, 100 Mulberry Street, Four Gateway Center, Newark, New Jersey 07102 and Litigation Management, Inc., 6000 Parkland Blvd., Mayfield Heights, OH 44124:** and/or to one or more entities listed in the above categories, except to the extent that any such entity has taken action in reliance on this authorization.
- The undersigned is hereby notified and acknowledges he or she is aware of the potential that protected health information disclosed and furnished to the recipient pursuant to this authorization is subject to re-disclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).
- The undersigned is hereby notified that he/she is aware that any and all protected health information disclosed and furnished to Butler Snow, LLP; Riker, Danzig, Scherer, Hyland & Perretti LLP; McCarter & English; and/or Litigation Management, Inc., pursuant to this authorization will be shared with any and all co-defendants in the matter of _____ *v. Johnson & Johnson and Ethicon, Inc.* and is subject to re-disclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).
- I understand that information disclosed under this authorization could relate to, and I hereby authorize the disclosure of, information regarding treatment and testing for drug or alcohol abuse, Acquired Immunodeficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV), sexually transmitted diseases, Sickle Cell Anemia, Tuberculosis and Genetic testing and counseling.

2

- I further understand that, pursuant to applicable state law, I may have a right to receive a copy of this authorization as provided in 45 CFR 164.524.
- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the later of: (i) the date of settlement or final disposition of _____ **v. *Johnson & Johnson and Ethicon, Inc.*** **or (ii) five (5) years after the date of signature of the undersigned below**.

I have carefully read and understand the above and do hereby expressly and voluntarily authorize the disclosure of all of my above information to Butler Snow, LLP, P. O. Box 6010, Ridgeland, MS 39158; Riker, Danzig, Scherer, Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981, Morristown, New Jersey 07962¬1981; McCarter & English, 100 Mulberry Street, Four Gateway Center, Newark, New Jersey 07102; Litigation Management, Inc., 6000 Parkland Blvd,. Mayfield Heights, OH 44124; and/or and their authorized representatives, by any entities included in the categories listed above.

Date: _____

_____
Signature of Individual or Individual's Representative

Individual's Name and Address:

_____
Printed Name of Individual's Representative (If applicable)

_____

_____
Relationship of Representative to Individual (If applicable)

_____

_____

_____
Description of Representative's authority to act for Individual (If applicable)

This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act, and the regulations promulgated thereunder, 45 CFR Parts 160 and 164 (collectively, "HIPAA").

ME1 32597938v.1

## AUTHORIZATION AND CONSENT
## TO RELEASE PSYCHOTHERAPY NOTES

Name of Individual:
Social Security Number:
Date of Birth:

Provider Name:_____

TO:   All physicians, hospitals, clinics and institutions, pharmacists and other healthcare
providers

The Veteran's Administration and all Veteran's Administration hospitals, clinics,
physicians and employees

The Social Security Administration

The Internal Revenue Service

Open Records, Administrative Specialist, Department of Workers' Claims

All employers or other persons, firms, corporations, schools and other educational
institutions

The undersigned individual hereby authorizes each entity included in any of the above categories
to furnish and disclose **to Butler Snow, LLP, P. O. Box 6010, Ridgeland, MS 39158; Riker,
Danzig, Scherer, Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue,
P.O. Box 1981, Morristown, New Jersey 07962-1981; McCarter & English, 100 Mulberry
Street, Four Gateway Center, Newark, New Jersey 07102; and Litigation Management,
Inc., 6000 Parkland Blvd., Mayfield Heights, OH 44124**; and their authorized representatives,
with true and correct copies of all "psychotherapy notes", as such term is defined by the Health
Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term
"psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a
mental health professional documenting or analyzing the contents of conversation during a
private counseling session or a group, joint or family counseling session and that are separated
from the rest of the individual's record. This authorization does not authorize ex parte
communication concerning same.

- This authorization provides for the disclosure of the above-named patient's protected health
information for purposes of the following litigation matter: _____ *v.
Johnson & Johnson and Ethicon, Inc.*
- The undersigned individual is hereby notified and acknowledges that any health care provider or
health plan disclosing the above requested information may not condition treatment, payment,
enrollment or eligibility for benefits on whether the individual signs this authorization.
- The undersigned individual is hereby notified and acknowledges that he or she may revoke this
authorization by providing written notice to either **Butler Snow, LLP, P. O. Box 6010,
Ridgeland, MS 39158; Riker, Danzig, Scherer, Hyland & Perretti LLP,
Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981, Morristown, New
Jersey 07962-1981; McCarter & English, 100 Mulberry Street, Four Gateway
Center, Newark, New Jersey 07102; and/or Litigation Management, Inc., 6000**

1

**Parkland Blvd., Mayfield Heights, OH 44124**, and/or to one or more entities listed in the above categories, except to the extent that any such entity has taken action in reliance on this authorization.

- The undersigned is hereby notified and acknowledges that he or she is aware of the potential that protected health information disclosed and furnished to the recipient pursuant to this authorization is subject to re-disclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).

- The undersigned is hereby notified that he/she is aware that any and all protected health information disclosed and furnished to Butler Snow, LLP , Riker, Danzig, Scherer, Hyland & Perretti LLP, and/or Litigation Management, Inc. pursuant to this authorization will be shared with any and all co-defendants in the matter of _____ _____ *v. Johnson & Johnson and Ethicon, Inc.* and is subject to re-disclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).

- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the later of: (i) the date of settlement or final disposition of _____**v. *Johnson & Johnson and Ethicon, Inc.* or (ii) five (5) years after the date of signature of the undersigned below.**

I have carefully read and understand the above and do hereby expressly and voluntarily authorize the disclosure of all of my above information to Butler Snow, LLP, P. O. Box 6010, Ridgeland, MS 39158; Riker, Danzig, Scherer, Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, P.O. Box 1981, Morristown, New Jersey 07962-1981; McCarter & English, 100 Mulberry Street, Four Gateway Center, Newark, New Jersey 07102; and Litigation Management, Inc., 6000 Parkland Blvd., Mayfield Heights, OH 44124 and their authorized representatives, by any entities included in the categories listed above.

Date: _____

_____
Signature of Individual or Individual's Representative

Individual's Name and Address:

_____
Printed Name of Individual's Representative (If applicable)

_____

_____
Relationship of Representative to Individual (If applicable)

_____

_____

_____
Description of Representative's authority to act for Individual (If applicable)

This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act, and the regulations promulgated thereunder, 45 CFR Parts 160 and 164 (collectively, "HIPAA").

MEI 32597938v.1

| Form **4506-T** (March 2019) <br> Department of the Treasury <br> Internal Revenue Service | **Request for Transcript of Tax Return** <br> ▶ Do not sign this form unless all applicable lines have been completed. <br> ▶ Request may be rejected if the form is incomplete or illegible. <br> ▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |
|---|---|---|

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5a** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Litigation Management, Inc  6000 Parkland Blvd., Mayfield Heights, Ohio  44124  (888) 803-8706   shaughnb0

**5b** Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5a, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶   1040

   **a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☑

   **b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

   **c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

    /    /      /    /      /    /      /    /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax  matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.** | Phone number of taxpayer on line 1a or 2a

| **Sign Here** | ▶ | Signature (see instructions) | | Date |
|---|---|---|---|---|
| | | Title (if line 1a above is a corporation, partnership, estate, or trust) | | |
| | ▶ | Spouse's signature | | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.            Cat. No. 37667N            Form **4506-T** (Rev. 3-2019)

Form 4506-T (Rev. 3-2019)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to www.irs.gov/form4506t. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

**What's New.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, is shown on the transcript.

A new optional Customer File Number field is available to use when requesting a transcript. You have the option of inputting a number, such as a loan number, in this field. You can input up to 10 numeric characters. The customer file number should not contain an SSN. This number will print on the transcript. The customer file number is an optional field and not required.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5a) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301  855-587-9604 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888  855-800-8105 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999  855-821-0094 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  855-298-1145 |
| Maine, Massachusetts, New Hampshire, New York, Pennsylvania, Vermont | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999  855-821-0094 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number should not contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will be blank on the transcript.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

- Fill in the name and address of the person or organization where you want us to send the requested information.

- Specify the reason you want us to release the information.

- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send **only** comments relating to our time estimate to this address, not the completed form.*

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

| **\*My Full Name** | **\*My Date of Birth (MM/DD/YYYY)** | **\*My Social Security Number** |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

LITIGATION MANAGEMENT, INC.

**\*ADDRESS OF PERSON OR ORGANIZATION:**

6000 PARKLAND BOULEVARD

MAYFIELD HEIGHTS, OH 44124

**\*I want this information released because:**   to be used in support of an active litigation.
We may charge a fee to release information for non-program purposes.

Invoices can be sent via fax to: 440-484-2055, please reference the PacketID number found above Social Security Disability on the request letter.

Please feel free to contact Litigation Management, Inc. directly at (888) 803 - 8706 with any questions.

**\*Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date _____ to date  PRESENT.
5. ☒ My Medicare entitlement from date _____ to date  PRESENT.
6. ☐ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

   Documents or other items relating to my social security claims(s): applications, questions, petitions, payment documents/decisions/awards/denials, jurisdictional documents/notes, transcripts, correspondence, findings, notice of hearings, hearing records, orders, depositions, reports; witnesses, medical reviewers and experts consultative examination reports, current developments/temporary, non-disability development and documentation, medical records and determination records.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature:** _____

**\*Date:** _____

**\*\*Address:** _____

**\*\*Daytime Phone:** _____

**Relationship (if not the subject of the record):** _____

**\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (11-2016) uf

Department of Health and Human Services
Centers for Medicare & Medicaid Services

Form Approved
OMB No. 0938-0930
Expiration Date: 7/31/2021

## 1-800-MEDICARE Authorization to Disclose Personal Health Information

Use this form if you want 1-800-MEDICARE to give your personal health information to someone other than you.

1.  **Print Name**
    (First and last name of the person with Medicare)   **Medicare Number**
    (Exactly as shown on the Medicare Card)   **Date of Birth**
    (mm/dd/yyyy)

2.  Medicare will only disclose the personal health information you want disclosed.

    **2A:  Check only <u>one</u> box below to tell Medicare the specific personal health information you want disclosed:**

    ☐ Limited Information (go to question 2b)

    ☐ Any Information (go to question 3)

    **2B:  Complete <u>only</u> if you selected "limited information". Check all that apply:**

    ☐ Information about your Medicare eligibility

    ☐ Information about your Medicare claims

    ☐ Information about plan enrollment (e.g. drug or MA Plan)

    ☐ Information about premium payments

    ☐ Other Specific Information (please write below; for example, payment information)

    _____

    _____

    **2C: NY Residents Only**, this section must be completed.
    Please select one of the following options: (Please check only one box.)

    ☐ Include all information. This includes information about alcohol and drug abuse, mental health treatment, and HIV.

    OR

    ☐ Exclude information about alcohol and drug abuse, mental health treatment, and HIV.

Form CMS-10106 (Rev 03/19)

Department of Health and Human Services
Centers for Medicare & Medicaid Services

Form Approved
OMB No. 0938-0930
Expiration Date: 7/31/2021

3. **Check only one box below indicating how long Medicare can use this authorization to disclose your personal health information** (subject to applicable law—for example, your State may limit how long Medicare may give out your personal health information):

☐ Disclose my personal health information indefinitely

☐ Disclose my personal health information for a specified period only

beginning: _____ (mm/dd/yyyy) and ending: _____ (mm/dd/yyyy)

4. **Fill in the reason for the disclosure (you may write "at my request"):**

Litigation

5. **Fill in the name and address of the person or organization to whom you want Medicare to disclose your personal health information. Please provide the specific name of the person for any organization you list below. If you would like to authorize any additional individuals or organizations, please add those to the back of this form.**

Name      Litigation Management Inc

Address   6000 Parkland Blvd, Mayfield Heights, OH 44124

Name      _____

Address   _____

Form CMS-10106 (Rev 03/19)

Department of Health and Human Services
Centers for Medicare & Medicaid Services

Form Approved
OMB No. 0938-0930
Expiration Date: 7/31/2021

**Note: You have the right to take back ("revoke") your authorization at any time, in writing, except to the extent that Medicare has already acted based on your permission. To revoke authorization, send a written request to the address noted below.** Your authorization or refusal to authorize disclosure of your personal health information will have no effect on your enrollment, eligibility for benefits, or the amount Medicare pays for the health services you receive.

6.

**I authorize 1-800-MEDICARE to disclose my personal health information listed above to the person(s) or organization(s) I have named on this form.  I understand that my personal health information may be re-disclosed by the person(s) or organization(s) and may no longer be protected by law.**

_____     _____     _____
Signature                                       Telephone Number                   Date (mm/dd/yyyy)

**Print the address of the person with Medicare  (Street Address, City, State, and ZIP)**

☐  Check here if you are signing as a personal representative and complete below.
Please attach the appropriate documentation (for example, Power of Attorney). This only applies if someone other than the person with Medicare signed above.

**Print the Personal Representative's Address (Street Address, City, State, and ZIP)**

Telephone Number of Personal Representative:   _____

Personal Representative's Relationship to the Beneficiary:   _____

Form CMS-10106 (Rev 03/19)

Department of Health and Human Services
Centers for Medicare & Medicaid Services

Form Approved
OMB No. 0938-0930
Expiration Date: 7/31/2021

7. **Send the completed, signed authorization to**:

Medicare CCO, Written Authorization Dept.
PO Box 1270
Lawrence, KS 66044

Print Form

**Note:** You have the right to take back ("revoke") your authorization at any time, in writing, except to the extent that Medicare has already acted based on your permission. If you would like to revoke authorization, send a written request to the address noted above.

Your authorization or refusal to authorize disclosure of your personal health information will have no effect on your enrollment, eligibility for benefits, or the amount Medicare pays for the health services you receive.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0930. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare.gov/about-us/accessibility-nondiscrimination-notice, or call 1-800-MEDICARE (1-800-633-4227) for more information. TTY users can call 1-877-486-2048.