|  |  |
|---|---|
| STEPHANIE OGLESBY,<br><br>                                        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>                                        Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:18-cv-16079-FLW-DEA<br>Honorable Freda L. Wolfson<br>Honorable Douglas E. Arpert<br><br>**CASE MANAGEMENT ORDER NO. 6**<br>**[MAY 27, 2020 CASE MANAGEMENT CONFERENCE]** |

This matter having been opened to The Court at a telephone Status Conference on May 27, 2020 (held off the record); in the presence of the attorneys for Plaintiffs and the attorneys for the Defendants; and good cause appearing;

**IT IS** on this 4th day of June, 2020,

**ORDERED** that**:**

This Order applies to all of the cases consolidated pursuant to the Court's Order of Consolidation for Discovery Purposes Only [Document 28, Filed 2/19/20], as well as any cases subsequently ordered consolidated for discovery purposes only by this Court.

1. Plaintiffs shall provide Plaintiff Profile Forms and authorizations by June 27, 2020;

2. Defendants shall respond to Plaintiffs' written discovery by June 27, 2020;

3. The parties are to meet and confer about entry of a Case Management Order identifying deadlines for discovery consistent with The Court's recommendations from the January 29, 2020 and May 27, 2020 Case Management Conferences and shall be prepared to discuss with The Court at the next Case Management Conference entry of such a Case Management Order; and

4. The undersigned will conduct a telephone Status Conference on **July 16, 2020 at 2:00 PM.** The following dial in number and access code shall be used for that Status Conference: Dial in: 888-684-8852, Access Code: 3213610.

                                                                          s/Douglas E. Arpert
                                          HONORABLE DOUGLAS E. ARPERT, U.S.M.J.